# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re: ANDREW NIELSEN  Debtor. | CHAPTER # 7 CASE NO. 11-35602 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**  
JAMES AND HEATHER FOCHTMAN  
C/O AMY BUTTERS  
101 NORTH FORT LANE - SUITE 104  
LAYTON, UTAH 84041

**CHECK AMOUNT**  
$3009.09

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$3466.00** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 30th day of May, 2013.

_____/s/_____  
Steven R. Bailey, Trustee