**Fill in this Information to identify the case:**

| Debtor 1 | Andrew | Kent | Nielsen |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

**United States Bankruptcy Court for the District of Utah**

Case number: 11-35602

FILED* US Bankruptcy Court -UT
MAR 22 2021 PM 1:13

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $3,009.09 |
|---|---|
| Claimant's Name: | Andrew K Nielsen |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3667 Valley West Drive<br>West Jordan UT 84088<br>(801) 643-6556 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| LF 3011-1 (12/19) | Application for Payment of Unclaimed Funds | Page 1 |



**4. Notice to United States Attorney**

[X]  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042 at attached a Certificate of Service to this application.

Office of the United States Attorney
for the District of Utah
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 3-10-2021

Signature of Applicant

Andrew K Nielsen
Printed Name of Applicant

Address: 3667 Valley West Drive
West Jordan UT 84088

Telephone: (801) 643-6556

Email: barcodebestey@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**
STATE OF Utah
COUNTY OF Salt Lake

This Application for Unclaimed Funds, dated 3-10-2021 was subscribed and sworn to before me this 10 day of March, 20 21 by Andrew K Nielsen

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public V-W Etch

VON W ETCHER
Notary Public - State of Utah
Comm. No. 703738
My Commission Expires on
Dec 17, 2022

My commission expires: 12/17/2022

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: _____

# GENERAL AFFIDAVIT

The within named person (Affiant), __Andrew K Nielsen__, who is a resident of __Salt Lake__ County, State of __Utah__, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

I am the Andrew K Nielsen who had Amy Butters as an attorney in my Bankruptcy case in 2011.

Dated this __10TH__ day of __March__, 20__21__.

_Signature of Affiant_

===========================================================================

State of __Utah__
County of __Salt Lake__

Subscribed and sworn to, or affirmed, before me on this __10__ day of __March__ 20__21__ by Affiant __Andrew K Nielsen__.

_Signature of Notary Public_

My Commission Expires: __12/17/2022__

VON W ETCHER
Notary Public - State of Utah
Comm. No. 703735
My Commission Expires on
Dec 17, 2022

| | |
|---|---|
| **Debtor**<br><br>Name: Andrew K Nielsen<br><br>Address: 3667 Valley West Dr<br><br>West Jordan UT 84088 | x By Mail: First-class U.S. mail, postage pre-paid<br>☐ By Hand Delivery<br>☐ By Other Means (Describe): |
| **Debtor's Attorney**<br><br>Name: Amy Butters<br><br>Address: 101 North Fort Lane Suite 104<br><br>Layton UT 84041 | x By Mail: First-class U.S. mail, postage pre-paid<br>☐ By Hand Delivery<br>☐ By Other Means (Describe): |
| **If Claimant is not the original creditor or payee, the Individual or Entity for whom the funds were deposited:**<br><br>Name: _____<br><br>Address: _____ | ☐ By Mail: First-class U.S. mail, postage pre-paid<br>☐ By Hand Delivery<br>☐ By Other Means (Describe): |

Dated this 10th Day of March, 2021.

_Signature_

Andrew K Nielsen
Printed Name

---

***Privacy Policy***

Applicant shall redact only the following personal data identifiers from the Application and any supporting documentation attached to the Application before filing such documents: (i) all but the last four digits of a social security number or a tax ID number; (ii) all names of minor children (use minors' initials); (iii) all but the last four digits of any bank, savings, or similar account numbers; and (iv) all birth date information except the year.

***The responsibility for redacting personal data identifiers rests solely with the filing party.***